IN THE MATTER OF THE ESTATE OF ISAAC FERRIS, DECEASED.

See same case below: 16 *N. J. Super.* 602.

*Messrs. Boyle, Archer & Greiner* and *Mr. James A. McTague,* for the petitioner Emma M. Spence, administratrix.

*Mr. Joseph C. Haines* for the respondent, cross-petitioners, Mildred A. Boswell, *et al.*

*Mr. George M. Bryson* for the respondents.

May 5, 1952. Denied.

HELEN BURNS, ADMINISTRATRIX, ETC., ET AL., PLAINTIFFS-PETITIONERS, v. BAKELITE CORPORATION, DEFENDANT-RESPONDENT.

See same case below: 17 *N. J. Super.* 441.

*Messrs. Greenstone & Greenstone* and *Mr. Aaron Gordon* for the petitioners.

*Messrs. Shaw, Hughes & Pindar* for the respondent.

May 5, 1952. Denied.